## Ex parte Castro.

Apelación procedente de la Corte de Distrito de San Juan.

No. 72.—Resuelto en Noviembre 21, 1904.

Dominio—Citación de los Dueños Anteriores del Inmueble ó de sus Causa-Habientes.—La citación de los anteriores dueños del inmueble, ó de sus causa-habientes, practicada personalmente, si su domicilio fuere conocido, ó por edictos, en caso contrario, es indispensable en una información de dominio para que ésta pueda ser aprobada.

Id.—Posesión—Título—Prescripción Ordinaria.—La mera posesión de veinte y siete años, sin título, ni expresarse el concepto en que tal posesión se disfrutara, no es suficiente para adquirir por la prescripción ordinaria el dominio de los inmuebles, pues en tales condiciones la ley exige el transcurso de treinta años por lo menos.

### EXPOSICIÓN DEL CASO.

En los autos seguidos ante el extinguido Tribunal del Distrito de San Juan por el Abogado Don Emigdio S. Ginorio, en representación de Don José Castro López, sobre dominio de una finca rústica, pendientes ante Nos á virtud del recurso de apelación interpuesto por. la representación

del promovente, contra la sentencia pronunciada por el referido Tribunal de Distrito y la que copiada á la letra dice así:

"San Juan de Puerto Rico primero de Julio de mil novecientos tres.—Dada cuenta con este expediente promovido por el abogado Don Emigdio S. Ginorio, en nombre de Don José de Castro Lopez para justificar el dominio de una finca rustica.

"*Resultando:* que en escrito de treinta de Noviembre del año pasado, de mil novecientos dos, manifestó dicho Abogado ser dueño su cliente de un terreno radicado en el barrio de Quebrada Infierno, término municipal de la Carolina, ántes de Trujillo alto, compuesto de veinte y nueve cuerdas de tercera clase, con casa habitación de madera y techo de pajas, colindante por el Este con terrenos de la Sucesión de Juan de la Cruz Guadalupe, por el Oeste con Policarpio Rívera, por el Norte con la Sucesión referida, y por el Sur con la de Nicolás Arroyo y Domingo Yumar; que lo había adquirido libre de cargas hace más de veinte y siete años, por compra de diez y seis y media cuerdas á José Lopez, de cuatro y media cuerdas á José Lopez Rivera, de una cuerda á Felícita Sanchez, de otra cuerda á Martina Lopez, otra á Juliana Sanchez, otra á Olalla Sanchez y otra á Quiterio Sanchez, y careciendo de título escrito de dominio, promovía para obtenerlo, la oportuna información, con citación de los anteriores dueños, de los que sólo vivian los tres últimos, habiendo fallecido los demás, é ignorando el promovente quienes sean sus herederos, ni donde residen.

*Resultando:* que admitida la información con citación y audiencia del Ministerio Fiscal, de las personas de quienes procedían los bienes y que tuviesen en los mismos cualquier derecho real, así como de los colindantes, y mandados citar por medio de edictos las personas ignoradas, á quienes pudiera perjudicar la inscripción, señalando el término de sesenta días para evacuar las pruebas que se promoviesen y para la comparecencia de aquéllas á alegar sus derechos; sin que constase la fijación y pubicación de los mencionados edictos, pidió el abogado Ginorio se citase por cédula á los dueños anteriores, que manifestó en su primer escrito haber fallecido, y sin que se proveyera á esa solicitud, sino que se acreditara la publicación de los edictos, se agregaron tres números del Heraldo Español, en que aparecen insertos dichos edictos, las citaciónes hechas en la Carolina, en dos, nueve y doce de Enero últimos, á los anteriores dueños Quiterio, Juliana y Olalla Sanchez, y á Justo Cruz y Figueróa, que dijo ser representante de la Sucesión de Juan de la Cruz Guadalupe, á Antero Sanchez, que

dijo serlo de la sucesión de Domingo Yumar, á Romualdo Rívera que dijo serlo de la Sucesión de Nicolás Arroyo, y á la misma Olalla Sanchez, que se dijo representante del colindante Policarpio Rívera, sin que aparezca haber sido citados en ninguna forma los sucesores desconocidos de José Lopez, José Lopez Rívera, Felícita Sanchez y Martina Lopez, de quienes dijo el promovente haber adquirido su representado respectivamente diez y seis y media cuerdas cuatro y media cuerdas y una cuerda de cada una de las dos últimas.

*Resultando:* que ante el Juez Municipal de la Carolina declararon tres testigos Don Julio Diaz y Monge, casado y propietario, Don Mariano Encarnación, casado y comerciante, y Don Miguel Matos y Reyes, propietario y casado, mayores de edad todos, de cuyo conocimiento certifica el Secretario de dicho Juzgado, en cuyas deposiciones se limitan á indicar que es cierto y les consta que Castro Lopez posee la finca descrita al principio, hace el espacio de veinte y siete años, sin interrupción de nadie.

*Resultando:* que vencido el periodo de pruebas, y convocadas las partes á una comparecencia verbal, por no llegar á mil dollars el valor del inmueble á que este expediente se contrae, tuvo lugar este acto el veinte y seis de Mayo último, en el que hizo las alegaciones que estimó oportunas, en representación del actor, su abogado D. Emigdio S. Ginorio.

*Resultando:* que en la sustanciación de este expediente no se han guardado los trámites exigidos por la Ley, notándose entre otras omisiones é informalidades de menor importancia, la falta de citación de los anteriores dueños del inmueble, José Lopez, José Lopez Rívera, Felícita Sanchez y Martina Lopez, ó sea la de sus desconocidos sucesores, y

*Considerando:* que esa citación, que debió efectuarla con arreglo al artículo 391 de la Ley Hipotecaria, según lo prescrito en el 395, era y es imprescindible en todos los expedientes de dominio, y con mayoría de razón en el presente caso, en que los testigos presentados por el promovente no dicen una palabra del modo, ó sea el título, ser de la persona ó personas de quienes adquiriera Castro Lopez, el que se atribuye sobre el terreno de que se trata.

*Considerando:* que la mera posesión de veinte y siete años, sin título, ni explicarse el concepto en que tal posesión se disfrutara, tratándose de un inmueble ,no basta para adquirir su dominio por prescripción ,pues en tal caso, tanto la Legislación antígua como la moderna, exige el transcurso de treinta años por lo menos.

Vistas las disposiciones citadas y las demás del Código Civil apli-

cables al caso.—Se declara sin lugar la declaración de dominio solici-
tada por Don José de Castro Lopez.—Lo acordaron y firman los
Señores del Tribunal: certifico, Juan Morera Martinez, Frank H.
Richmond.—Conforme menos con el fundamento de prescripción que
creo no debe cumplirse.—José Tous Soto, Luis Méndez Vaz.''

*Resultando*: que contra esta sentencia interpuso la repre-
sentación del promovente Don José de Castro López recurso
de apelación, que le fué admitido libremente y en ambos efec-
tos, y que elevados los autos á esta Superioridad con citación
y emplazamiento de las partes y personadas éstas, se dió al
recurso la tramitación correspondiente y se señaló día para
la vista, á cuyo acto sólo asistió el Sr. Fiscal de este Tribunal
Supremo, que impugnó el recurso.

Abogado del apelante: *Sr. Ginorio (Emigdio S.)*

Abogado del Pueblo: *Sr. Rossy, Fiscal.*

EL JUEZ PRESIDENTE, SR. QUIÑONES, después de exponer
los hechos anteriores, emitió la opinión del Tribunal.

*Aceptando* los fundamentos de hecho y de derecho de la
sentencia apelada.

*Vistas* las disposiciones legales que en la misma se citan.

*Fallamos*: que debemos confirmar y confirmamos la expre-
sada sentencia con las costas al apelante.

Jueces concurrentes: Sres. Hernández, Figueras, Mac-
Leary y Wolf.